# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2021

## NO. 03-21-00065-CV

**Betty Scott, Appellant**

**v.**

**Sakeenah Shabazz, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the interlocutory order signed by the trial court on January 26, 2021. Having reviewed the record, the Court holds that Betty Scott has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.